2010–0158. **State ex rel. King v. Moore.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss granted. Request for immediate issuance of writs denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.